UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS MYERS,<br><br>                Plaintiff,<br>v.<br><br>ALEUTIAN ENDEAVORS, LLC,<br>et al.,<br><br>                Defendants. | CASE NO. C17-1748JLR<br><br>ORDER GRANTING CHANGE OF VENUE |

Plaintiff Thomas Myers filed his complaint in the United States District Court for the Western District of Washington. (Compl. (Dkt. # 1).) Defendants moved to dismiss or change venue. (Defs. Mot. (Dkt. # 5).) Mr. Myers agreed and filed a motion to transfer venue to the United States District Court for the District of Alaska. (Pl. Mot. (Dkt. # 8).) Defendants do not oppose Mr. Myers's motion. (*See* Pl. Mot. Resp. (Dkt. # 12) at 1.)

//

ORDER - 1

1  The court has considered the parties' submissions, the relevant portions of the
2  record, and the applicable law. Being fully advised,[1] the court TRANSFERS this case to
3  the United States District Court for the District of Alaska. No party is awarded its fees
4  and costs related to the motions. The Clerk is DIRECTED to terminate the motions (Dkt.
5  ## 5, 8) and close this matter.

6  Dated this 2nd day of February, 2018.

JAMES L. ROBART
United States District Judge

---

[1] Neither party requests oral argument for its motion (Defs. Mot. at 1; Pl. Mot. at 1) and the court determines that oral argument would not be helpful to its disposition of the motions. See Local Rules W.D. Wash. LCR 7(b)(4).